UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Provider Meds, LP | § § § § | |
| Debtor(s) | § | Case No.:   13−30678−bjh7<br>Chapter No.:   7 |
| Tech Pharm Services, Inc.  et al. | § § | |
| Plaintiff(s) | § | Adversary No.:   15−03101−bjh |
| vs.<br>ProvideRX of Waco, LLC  et al. | § § | Civil Case No.: |
| Defendant(s) | § § | |
| RPD Holdings, LLC | § § | |
| Appellant(s) | § § | |
| vs.<br>Tech Pharmacy Services, LLC d/b/a Advanced<br>Pharmacy Services | § § § | |
| Appellee(s) | § § | |

# NOTICE OF TRANSMITTAL

I am transmitting:

☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).

☐ The Proposed Findings of Fact and Conclusions of Law.

☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

☐ Other

☒ Copies of: Notice of appeal, appealed order [98], and supporting documentation

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED:  2/16/17                             FOR THE COURT:
                                            Jed G. Weintraub, Clerk of Court

                                            by: /s/Sheniqua Whitaker, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 13−30678−bjh7

Adversary No.: 15−03101−bjh

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Barbara J. Houser
    Michaela Crocker
    Jane Gerber
    Attorney(s) for Appellant
    US Trustee


**Appellant**   RPD Holdings, LLC

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
(214) 855−7587


**Appellee**   Tech Pharmacy Services, LLC d/b/a Advanced Pharmacy Services

David Bass, Esq.
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, New York, 10019−6079
(646) 563−8932

In Re:
Provider Meds, LP

Tech Pharm Services, Inc. et al.

vs.

ProvideRX of Waco, LLC et al.

Debtor(s)

Plaintiff(s)

Defendant(s)

Case No.: 13−30678−bjh7
Chapter No.: 7

Adversary No.: 15−03101−bjh

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
RPD Holdings, LLC

**APPELLEE**
Tech Pharmacy Services, LLC d/b/a Advanced Pharmacy Services

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
(214) 855−7587

Attorney's (If Known)
David Bass, Esq.
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, New York, 10019−6079
(646) 563−8932

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
● 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

● 422 Appeal 28 USC 158    ○ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                    Docket Number:

DATED: 2/16/17

FOR THE COURT:
Jed G. Weintraub, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk