IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:  PROVIDER MEDS, LLC, | § | CASE NO. 13-30678 |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |
| TECH PHARMACY SERVICES, INC., | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff, | § | NO. 15-03101 |
| vs. | § | |
| | § | |
| RPD HOLDINGS, LLC, | § | |
| | § | Removed from the 162nd Judicial District |
| Defendant/Intervenor. | § | Court for Dallas County, Texas, |
| | § | Cause No. DC-15-05744 |

## NOTICE OF APPEAL

RPD HOLDINGS, LLC, hereby appeals to the United States District Court for the Northern District of Texas, pursuant to 28 U.S.C. § 158(a), that certain *Final Judgment* entered on February 3, 2017 at docket number 96, together with that certain *Findings of Fact and Conclusions of Law Following Trial*, entered on January 18, 2017 at docket number 93.  The names of the parties to said order, and the contact information for their attorneys, is as follows:

1.    RPD Holdings, LLC

Represented by:
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7587
Facsimile: (214) 978-5359

2.      Tech Pharmacy Services, LLC d/b/a Advanced Pharmacy Services

        Represented by:
        David Bass, Esq.
        Cole Schotz, P.C.
        1325 Avenue of the Americas
        19th Floor
        New York, New York, 10019-6079
        Telephone: (646) 563-8932
        Facsimile: (646) 563-7932

RESPECTFULLY SUBMITTED this 14th day of February, 2017.

                        **MUNSCH HARDT KOPF & HARR, P.C.**


                        By:  /s/ Davor Rukavina
                             Davor Rukavina, Esq.
                             Texas Bar No. 24030781
                             3800 Lincoln Plaza
                             500 North Akard
                             Dallas, Texas 75201
                             Telephone: (214) 855-7500
                             Facsimile: (214) 855-7584

                        **ATTORNEYS FOR RPD HOLDINGS, LLC**




                        **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that, on this the 14th day of February, 2017, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for Tech Pharmacy Services, LLC.


                        By:  /s/ Davor Rukavina
                             Davor Rukavina, Esq.



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 3, 2017**

*Barbara J. Houser*

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:  PROVIDER MEDS, LLC, | § | CASE NO. 13-30678 |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |
| TECH PHARMACY SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| REEF GILLUM, *et al.*, | § | ADVERSARY PROCEEDING |
| | § | NO. 15-03101 |
| Defendants, | § | |
| and | § | |
| | § | |
| RPD HOLDINGS, LLC, | § | Removed from the 162nd Judicial District |
| | § | Court for Dallas County, Texas, |
| Intervenor. | § | Cause No. DC-15-05744 |
| | § | |

## FINAL JUDGMENT

On January 11, 2017, came on for trial (the "**Trial**") in the above-captioned adversary

proceeding, which had been removed from 162nd Judicial District Court for Dallas County, Texas,

---

the issue of whether a license agreement embodied in the License[1] was sold, assigned or otherwise transferred to RPD Holdings, LLC ("**RPD**") in certain of the Onsite Parties' bankruptcy cases by prior Order of this Court.  After due deliberation, and upon the evidence adduced at Trial and the arguments of counsel for RPD and Tech Pharmacy Services, LLC ("**Tech Pharm**") advanced in the trial briefs and at the Trial, the Court finds that (i) it has jurisdiction over the matters addressed at the Trial pursuant to 28 U.S.C. § 1334, (ii) venue is proper pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); and (iv) the parties have consented to entry of a final order and judgment adjudicating this matter by this Court.

Accordingly, for the reasons set forth in the Findings of Fact and Conclusions of Law Following Trial, it is

**ORDERED, ADJUDGED AND DECREED** that the License was not sold, assigned or otherwise transferred to RPD in any of the Onsite Parties' bankruptcy cases by a prior Order of this Court.  It is further

**ORDERED, ADJUDGED AND DECREED** that RPD therefore did not acquire any rights in the License in any of the Onsite Parties' bankruptcy cases by a prior Order of this Court. It is further

**ORDERED, ADJUDGED AND DECREED** that RPD failed to prove that any of the ADS Machines that RPD acquired from Grapevine Estate and/or the W. Pa. Estate are "Onsite Machines" within the meaning of the License.  It is further

**ORDERED, ADJUDGED AND DECREED** that to the extent that any of the ADS Machines that RPD acquired from Grapevine Estate and the W. Pa. Estate are "Onsite Machines"

---

[1] Capitalized terms not otherwise defined herein shall have the meaning in the Court's *Findings of Fact and Conclusions of Law Following Trial*, signed and entered January 18, 2017 [Adv. Proc. Docket No. 93] (the "**Findings of Fact and Conclusions of Law Following Trial**").

within the meaning of the License, such Machines must, pursuant to the License, be used in the same LTCF as they were at the time the License was signed.  It is further

**ORDERED, ADJUDGED AND DECREED** that the parties are to bear their own attorneys' fees and costs.  It is further

**ORDERED, ADJUDGED AND DECREED** that this Judgment fully and finally disposes of all parties and claims which the parties agreed would be tried by this Court (as described above). It is further

**ORDERED, ADJUDGED AND DECREED** that nothing herein is intended to modify the fourth decretal paragraph of this Court's *Order on Motion to Compel RPD Holdings, LLC to Respond to Plaintiff's Request for Production of Documents*, which was entered on December 23, 2016 [Adv. Proc. Docket No. 76] (the "**December 23 Order**") or serve to adjudicate, or constitute *res judicata*, with respect to, any claim, cause of action, defense or issue preserved under that decretal paragraph.  It is further

**ORDERED, ADJUDGED AND DECREED** that, except to the extent preserved by the fourth decretal paragraph of the December 23 Order, the *Original Petition in Intervention of RPD Holdings, LLC* dated August 7, 2015 (the "**Original Petition in Intervention**"), which Original Petition was removed by RPD and docketed in this adversary proceeding on August 17, 2015 [Adv. Proc. Docket No. 8], is denied with prejudice. It is further

**ORDERED, ADJUDGED AND DECREED** that nothing herein is intended to alter, modify or otherwise limit the *Stipulation and Agreed Order Dismissing Various Parties Without Prejudice* (the "**Dismissal Stipulation and Order**") agreed to by, among others, RPD and Tech Pharm, which Dismissal Stipulation and Order was approved by this Court and entered on the docket in this adversary proceeding on August 19, 2016 [Adv. Proc. Docket No. 44]. It is further

**ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction to hear and consider all matters arising from the implementation, enforcement and interpretation of the Findings of Fact and Conclusions of Law Following Trial, this Judgment or the relief granted herein.

### END OF JUDGMENT ###

**APPEAL, FUNDS**

# U.S. Bankruptcy Court
## Northern District of Texas (Dallas)
## Adversary Proceeding #: 15-03101-bjh
### Internal Use Only

*Assigned to:* Barbara J. Houser          *Date Filed:* 08/13/15
*Lead BK Case:* 13-30678
*Lead BK Title:* Provider Meds, LP
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 01 Determination of removed claim or cause


**Plaintiff**
----------------------
**Tech Pharm Services, Inc.**        represented by **David M. Bass**
                                                  Cole Schotz P.C.
                                                  1325 Avenue of the Americas
                                                  19th Floor
                                                  New York, NY 10019
                                                  646-563-8932
                                                  Fax : 646-563-7932
                                                  *LEAD ATTORNEY*

                                                  **Nicholas Brannick**
                                                  Cole Schotz P.C.
                                                  500 Delaware Ave.
                                                  Wilmington, DE 19801
                                                  302-652-3131
                                                  Fax : 302-652-3117
                                                  Email: nbrannick@coleschotz.com

                                                  **Patrick Kelley**
                                                  Ireland, Carroll and Kelley, P.C.
                                                  6101 S. Broadway, Suite 500
                                                  Tyler, TX 75703
                                                  903-561-1600
                                                  Fax : 903-581-1071
                                                  Email: patkelley@icklaw.com

                                                  **Gregory Love, Esq.**
                                                  P.O. Box 948
                                                  Henderson, TX 75653-0948
                                                  *LEAD ATTORNEY*

                                                  **Michael D. Warner**

Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102
(817)810-5250
Fax : (817)810-5255
Email: mwarner@coleschotz.com

**Plaintiff**
-----------------------

**Tech Pharmacy Services, LLC**                represented by **Michael D. Warner**
                                               (See above for address)


V.

**Defendant**
-----------------------

**Reef R. Gillum**                             represented by **Zachery Z. Annable**
330 Kings Court                                Franklin Hayward LLP
Forney, TX 75126                               10501 N. Central Expressway
SSN / ITIN: 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                        Suite 106
*TERMINATED: 08/19/2016*                       Dallas, TX 75231
                                               (972) 755-7108
                                               Fax : (888) 531-9102
                                               Email: zannable@franklinhayward.com
                                               *TERMINATED: 08/19/2016*

                                               **Davor Rukavina**
                                               Munsch, Hardt, Kopf & Harr
                                               500 N. Akard Street, Ste 3800
                                               Dallas, TX 75201-6659
                                               (214)855-7587
                                               Fax : 214-978-5359
                                               Email: drukavina@munsch.com
                                               *TERMINATED: 08/19/2016*
                                               *LEAD ATTORNEY*


**Defendant**
-----------------------

**ProvideRX of Waco, LLC**                     represented by **ProvideRX of Waco, LLC**
PO Box 2176                                    PRO SE
Forney, TX 75126
Tax ID / EIN: 32-0299789


**Defendant**
-----------------------

**ProviderRx of San Antonio, LLC**                 represented by **ProviderRx of San Antonio, LLC**
                                                                    PRO SE

*Defendant*
-----------------------
**ProviderRx of Midland, LLC**                     represented by **ProviderRx of Midland, LLC**
                                                                    PRO SE

*Defendant*
-----------------------
**Pharmacy Technologies, Inc.**                    represented by **Pharmacy Technologies, Inc.**
                                                                    PRO SE

*Defendant*
-----------------------
**OnSiteRx of Texas, LLC**                         represented by **Davor Rukavina**
*TERMINATED: 08/19/2016*                                            (See above for address)
                                                                    *TERMINATED: 08/19/2016*

                                                                   **Davor Rukavina, Esq.**
                                                                   3800 Lincoln Plaza
                                                                   500 N. Akard Street
                                                                   Dallas, TX 75201
                                                                   214 855-7500
                                                                   *TERMINATED: 08/19/2016*
                                                                   *LEAD ATTORNEY*

*Defendant*
-----------------------
**Ascribe Rx Holdings, LLC**                       represented by **Davor Rukavina**
*TERMINATED: 08/19/2016*                                            (See above for address)
                                                                    *TERMINATED: 08/19/2016*

                                                                   **Davor Rukavina, Esq.**
                                                                   (See above for address)
                                                                   *TERMINATED: 08/19/2016*
                                                                   *LEAD ATTORNEY*

*Defendant*

------------------------
**Ascribe Rx Services, LLC**                          represented by **Davor Rukavina**
*TERMINATED: 08/19/2016*                                              (See above for address)
                                                                     *TERMINATED: 08/19/2016*

                                                                     **Davor Rukavina, Esq.**
                                                                     (See above for address)
                                                                     *TERMINATED: 08/19/2016*
                                                                     *LEAD ATTORNEY*

*Defendant*
------------------------
**Ascribe Rx Management, LLC**                        represented by **Davor Rukavina**
*TERMINATED: 08/19/2016*                                              (See above for address)
                                                                     *TERMINATED: 08/19/2016*

                                                                     **Davor Rukavina, Esq.**
                                                                     (See above for address)
                                                                     *TERMINATED: 08/19/2016*
                                                                     *LEAD ATTORNEY*

*Defendant*
------------------------
**Ascribe Rx Technologies, LLC**                      represented by **Davor Rukavina**
*TERMINATED: 08/19/2016*                                              (See above for address)
                                                                     *TERMINATED: 08/19/2016*

                                                                     **Davor Rukavina, Esq.**
                                                                     (See above for address)
                                                                     *TERMINATED: 08/19/2016*
                                                                     *LEAD ATTORNEY*

*Defendant*
------------------------
**Ascribe Rx Services of Texas, LLC**                 represented by **Davor Rukavina**
*TERMINATED: 08/19/2016*                                              (See above for address)
                                                                     *TERMINATED: 08/19/2016*

                                                                     **Davor Rukavina, Esq.**
                                                                     (See above for address)
                                                                     *TERMINATED: 08/19/2016*
                                                                     *LEAD ATTORNEY*

*Defendant*
------------------------
**OnSiteRx Services, Inc.**                           represented by **OnSiteRx Services, Inc.**

PRO SE


*Intervenor*
-----------------------
**RPD Holdings, LLC**                    represented by **Thomas Daniel Berghman**
                                         Munsch Hardt Kopf & Harr PC
                                         500 N Akard Street, Suite 3800
                                         Dallas, TX 75201-6659
                                         (214) 855-7554
                                         Fax : (214) 978-4346
                                         Email: tberghman@munsch.com

                                         **Davor Rukavina**
                                         (See above for address)

                                         **Davor Rukavina, Esq.**
                                         (See above for address)
                                         *LEAD ATTORNEY*

| Filing Date | Docket Text |
|---|---|
| 08/13/2015 | 🔵 1  (7 pgs; 2 docs) Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 (Cumby, C). |
| 08/13/2015 | Receipt of filing fee for Complaint(15-03101-bjh) [cmp,cmp] ( 350.00). Receipt number 21033481, amount $ 350.00 (re: Doc# 1). (U.S. Treasury) |
| 08/14/2015 | (private) Case checked for completeness (Cumby, C) |
| 08/17/2015 | 🔵 2  (3 pgs) Notice of hearing *(Status Conference)* filed by Defendants Ascribe Rx Holdings, LLC, Ascribe Rx Management, LLC, Ascribe Rx Services of Texas, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services, LLC, OnSiteRx of Texas, LLC, Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Status Conference to be held on 9/14/2015 at 09:00 AM at Dallas Judge Houser Ctrm. (Rukavina, Davor) |
| 08/17/2015 | 🔵 3  (26 pgs) Support/supplemental document *State Court Document--Original Petition* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |

| | |
|---|---|
| 08/17/2015 | 🔵 4 (8 pgs) Support/supplemental document *State Court Document--Amended Petition* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 08/17/2015 | 🔵 5 (2 pgs) Support/supplemental document *State Court Document--Return of Citation Reef Gillum* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 08/17/2015 | 🔵 6 (6 pgs) Support/supplemental document *State Court Document--Original Answer Reef Gillum* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 08/17/2015 | 🔵 7 (7 pgs) Support/supplemental document *State Court Document--Original Answer and Counterclaims of OnSiteRx of Texas, LLC, AscribeRx Holdings, LLC, AscribeRx Services, LLC, AscribeRx Management, LLC, AscribeRx Technologies, LLC, and AscribeRx Services of Texas, LLC* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 08/17/2015 | 🔵 8 (9 pgs) Support/supplemental document *State Court Document--Petition in Intervention of RPD Holdings, LLC* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 08/17/2015 | 🔵 9 (7 pgs) Support/supplemental document *State Court Document--Notice of Removal of Action* filed by Intervenor RPD Holdings, LLC (RE: related document (s)1 Complaint). (Rukavina, Davor) |
| 08/24/2015 | 🔵 10 (3 pgs) Notice of hearing *(Reset Status Conference)* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Hearing to be held on 9/16/2015 at 01:15 PM Dallas Judge Houser Ctrm for 1, (Rukavina, Davor) |
| 09/10/2015 | 🔵 11 (3 pgs) Declaration re: - *Statement Pursuant to Rule 9027(e)(3) by James W. Cunningham, Ch. 7 Trustee* filed by Defendant ProviderRx of San Antonio, LLC (RE: related document(s)1 Complaint, 10 Notice of hearing). (Cunningham, James) |
| 09/10/2015 | 🔵 12 (5 pgs) Notice *(Bankruptcy Rule 9027(e)(3) Statement of Defendant Reef Gillum)* filed by Defendant Reef R. Gillum (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). (Annable, Zachery) |
| 09/10/2015 | 🔵 13 (3 pgs) Notice of Appearance and Request for Notice by Patrick Kelley filed by Plaintiff Tech Pharm Services, Inc.. (Kelley, Patrick) |
| 09/10/2015 | 🔵 14 (43 pgs; 3 docs) Response opposed to (related document(s): 12 Notice (generic) filed by Defendant Reef R. Gillum) filed by Plaintiff Tech Pharm Services, Inc.. (Attachments: # 1 Exhibit A-Compromise, Settlement Release & License Agreement # 2 Exhibit B-June 26, 2015 letter) (Kelley, Patrick) |

| | |
|---|---|
| 09/14/2015 | 🔵 15  (10 pgs) Support/supplemental document *Original Citations* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 09/14/2015 | 🔵 16  (10 pgs) Support/supplemental document *State Court Documents -- Letter Requesting Citations* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 09/14/2015 | 🔵 17  (21 pgs) Support/supplemental document *State Court Documents -- New Citations Issued* filed by Intervenor RPD Holdings, LLC (RE: related document(s) 1 Complaint). (Rukavina, Davor) |
| 09/14/2015 | 🔵 18  (5 pgs) Support/supplemental document *State Court Documents -- Citation Returns* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 09/14/2015 | 🔵 19  (2 pgs) Support/supplemental document *State Court Documents -- Docket Sheet* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 09/16/2015 | 🔵  Status conference held on 9/16/2015. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 . filed by Plaintiff Tech Pharm Services, Inc.) (HELD. SCHEDULING ORDER TO BE SUBMITTED.) (Harden, D.) (Entered: 09/17/2015) |
| 11/25/2015 | 🔵 20  (2 pgs) Request for transcript regarding a hearing held on 9/16/2015. The requested turn-around time is daily (Whittington, Nicole) |
| | ⬛🔵 21  (28 pgs) Transcript regarding Hearing Held 09/16/15 RE: status conference re notice of removal. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 02/26/2016. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Palmer Reporting Services, Telephone number PalmerRptg@aol.com, 800-665-6251. (RE: related document(s) Status conference held on 9/16/2015. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx |

| | |
|---|---|
| 11/28/2015 | Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015. filed by Plaintiff Tech Pharm Services, Inc. (HELD. SCHEDULING ORDER TO BE SUBMITTED.) (Harden, D.)). Transcript to be made available to the public on 02/26/2016. (Palmer, Susan) |
| 02/10/2016 | 22 (5 pgs) Support/supplemental document *(Letter to Judge Houser Regarding Scheduling Order* filed by Intervenor RPD Holdings, LLC (RE: related document (s) Hearing held). (Rukavina, Davor) |
| 02/11/2016 | 23 (3 pgs) Notice *of Substitution of Counsel and Notice of Appearance* filed by Plaintiff Tech Pharm Services, Inc.. (Warner, Michael) |
| 02/26/2016 | (private) Deadlines terminated. (RE: related document(s)21 Transcript regarding Hearing Held 09/16/15 RE: status conference re notice of removal. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 02/26/2016. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Palmer Reporting Services, Telephone number PalmerRptg@aol.com, 800-665-6251. (RE: related document (s) Status conference held on 9/16/2015. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015. filed by Plaintiff Tech Pharm Services, Inc.) (HELD. SCHEDULING ORDER TO BE SUBMITTED.) (Harden, D.)). Transcript to be made available to the public on 02/26/2016.) (Harden, D.) |
| 03/03/2016 | 24 (2 pgs) Notice of hearing filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Status Conference to be held on 3/14/2016 at 01:15 PM at Dallas Judge Houser Ctrm. (Rukavina, Davor) |
| 03/03/2016 | 25 (3 pgs) Motion to appear pro hac vice for David M. Bass. Fee Amount $25 filed by Plaintiff Tech Pharm Services, Inc. (Warner, Michael) |
| 03/03/2016 | Receipt of filing fee for Motion to Appear pro hac vice(15-03101-bjh) [motion,mprohac] ( 25.00). Receipt number 21885569, amount $ 25.00 (re: Doc# 25). (U.S. Treasury) |
| | 26 (1 pg) Order granting motion to appear pro hac vice adding David M. Bass for Tech Pharm Services, Inc. (related document # 25) Entered on 3/9/2016. (Zisk, |

| | |
|---|---|
| 03/09/2016 | B) |
| 03/11/2016 | 🔵 27 Hearing reset (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 .) Status Conference to be held on 3/14/2016 at 12:45 PM at Dallas Judge Houser Ctrm. (Whittington, Nicole) |
| 03/11/2016 | 🔵 28  (2 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)26 Order granting motion to appear pro hac vice adding David M. Bass for Tech Pharm Services, Inc. (related document 25) Entered on 3/9/2016.) No. of Notices: 2. Notice Date 03/11/2016. (Admin.) |
| 03/14/2016 | 🔵 29  (121 pgs; 2 docs) Brief in support filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Attachments: # 1 Exhibit A-J) (Rukavina, Davor) |
| 03/14/2016 | 🔵  Status Conference held on 3/14/2016. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 . filed by Plaintiff Tech Pharm Services, Inc.) (SCHEDULING ORDER TO BE SUBMITTED BY 3/24/16.) (Harden, D.) (Entered: 03/15/2016) |
| 03/29/2016 | 🔵 30  (4 pgs) Scheduling Order setting hearing Entered on 3/29/2016 (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Trial Docket Call date set for 10/4/2016 at 01:15 PM at Dallas Judge Houser Ctrm. Trial to be held the week of 10/11/2016. (Zisk, B) |
| 03/31/2016 | 🔵 31  (5 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)30 Scheduling Order setting hearing Entered on 3/29/2016 (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Trial Docket Call date set for 10/4/2016 at 01:15 PM at Dallas Judge Houser Ctrm. Trial to be held the week of 10/11/2016.) No. of Notices: 4. Notice Date 03/31/2016. (Admin.) |
| 04/12/2016 | 🔵 32  (6 pgs) Notice *Initial Disclosures of Plaintiff Pursuant to Federal Rule of Civil Procedure 26(A)* filed by Plaintiff Tech Pharmacy Services, LLC (RE: related document(s)30 Order to set hearing). (Warner, Michael) |

| | |
|---|---|
| 04/12/2016 | 🔵 33 (5 pgs) Notice *Initial Disclosures* filed by Intervenor RPD Holdings, LLC (RE: related document(s)30 Order to set hearing). (Rukavina, Davor) |
| 06/01/2016 | 🔵 34 (3 pgs) Motion to extend time to Deadline to Mediate (RE: related document(s)30 Order to set hearing) filed by Defendants Ascribe Rx Holdings, LLC, Ascribe Rx Management, LLC, Ascribe Rx Services of Texas, LLC, Ascribe Rx Services, LLC, Ascribe Rx Technologies, LLC, Reef R. Gillum, OnSiteRx Services, Inc., OnSiteRx of Texas, LLC, Pharmacy Technologies, Inc., ProvideRX of Waco, LLC, ProviderRx of Midland, LLC, ProviderRx of San Antonio, LLC, Intervenor RPD Holdings, LLC, Plaintiffs Tech Pharm Services, Inc., Tech Pharmacy Services, LLC (Rukavina, Davor) |
| 06/06/2016 | 🔵 35 (2 pgs) Agreed Order granting 34 motion to extend Deadline to Mediate to June 30, 2016. Entered on 6/6/2016. (Moroles, D.) |
| 06/08/2016 | 🔵 36 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)35 Agreed Order granting 34 motion to extend Deadline to Mediate to June 30, 2016. Entered on 6/6/2016. (Moroles, D.)) No. of Notices: 6. Notice Date 06/08/2016. (Admin.) |
| 06/13/2016 | (private) Deadlines terminated. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 . filed by Plaintiff Tech Pharm Services, Inc.) (Kucera, J.) |
| 06/15/2016 | 🔵 37 (10 pgs; 2 docs) Motion to withdraw as attorney (Franklin Hayward LLP's Unopposed Motion (i) to Withdraw as Counsel for Defendant Reef Gillum and (ii) Substitute Munsch Hardt Kopf & Harr, P.C., as Counsel for Defendant Reef Gillum) filed by Attorney Franklin Hayward LLP (Attachments: # 1 Proposed Order) (Annable, Zachery) |
| 06/21/2016 | 🔵 38 (4 pgs) Certificate Conference (Amended Certificate of Conference Related to Unopposed Motion to (i) Withdraw as Counsel for Defendant Reef Gillum and (ii) Substitute Munsch Hardt Kopf & Harr, P.C., as Counsel for Defendant Reef Gillum) filed by Attorney Franklin Hayward LLP (RE: related document(s)37 Motion to withdraw as attorney (Franklin Hayward LLP's Unopposed Motion (i) to Withdraw as Counsel for Defendant Reef Gillum and (ii) Substitute Munsch Hardt Kopf & Harr, P.C., as Counsel for Defendant Reef Gillum)). (Annable, Zachery) |
| | 🔵 39 (3 pgs) Order granting motion to withdraw as attorney (attorney Franklin Hayward LLP and Zachery Z. Annable terminated). (related document 37). |

| | |
|---|---|
| 06/23/2016 | ORDERED that Munsch Hardt Kopf & Harr, P.C. is authorized to immediately substitute in and represent Defendant Reef R. Gillum ( Dr. Gillum) .Entered on 6/23/2016. (Moroles, D.) |
| 06/25/2016 | 40 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)39 Order granting motion to withdraw as attorney (attorney Franklin Hayward LLP and Zachery Z. Annable terminated). (related document 37). ORDERED that Munsch Hardt Kopf & Harr, P.C. is authorized to immediately substitute in and represent Defendant Reef R. Gillum ( Dr. Gillum) .Entered on 6/23/2016. (Moroles, D.)) No. of Notices: 7. Notice Date 06/25/2016. (Admin.) |
| 07/05/2016 | 41 (11 pgs) Answer to original petition in intervention of RPD Holdings, LLC (RE: Related document(s) 8 Support/supplemental document State Court Document--Petition in Intervention of RPD Holdings, LLC filed by Intervenor RPD Holdings, LLC) filed by Tech Pharm Services, Inc. . (Rielly, Bill). |
| 07/05/2016 | 42 (6 pgs) Answer to plea to jurisdiction, special exceptions, answer and counterclaims of the Ascribe defendants (RE: Related document(s) 7 Support/supplemental document State Court Document--Original Answer and Counterclaims of OnSiteRx of Texas, LLC, AscribeRx Holdings, LLC, AscribeRx Services, LLC, AscribeRx Management, LLC, AscribeRx Technologies, LLC, and AscribeRx Services of Texas, LLC filed by Intervenor RPD Holdings, LLC) filed by Tech Pharm Services, Inc. . (Rielly, Bill). |
| 08/17/2016 | 43 (10 pgs; 2 docs) Motion to dismiss 1. Reef Gillum; 2. OnSiteRx of Texas, LLC; 3. Ascribe Rx Holdings, LLC; 4. Ascribe Rx Services, LLC; 5. Ascribe Rx Management, LLC; 6. Ascribe Rx Technologies, LLC; and 7. Ascribe Rx Services of Texas, LLC *(AGREED MOTION TO DISMISS)* filed by Defendants Ascribe Rx Holdings, LLC, Ascribe Rx Management, LLC, Ascribe Rx Services of Texas, LLC, Ascribe Rx Services, LLC, Ascribe Rx Technologies, LLC, Reef R. Gillum, OnSiteRx of Texas, LLC, Intervenor RPD Holdings, LLC (Attachments: # 1 Proposed Order) (Rukavina, Davor) |
| 08/19/2016 | 44 (6 pgs) Stipulation and Agreed Order granting motion to dismiss parties without prejudice. Ascribe Rx Services of Texas, LLC; Ascribe Rx Services, LLC; Ascribe Rx Technologies, LLC; Reef R. Gillum; OnSiteRx of Texas, LLC; Ascribe Rx Holdings, LLC and Ascribe Rx Management, LLC Terminated (related document # 43) Entered on 8/19/2016. (Zisk, B) |
| 08/19/2016 | 45 (3 pgs) Motion to extend time to Discovery Cutoff (RE: related document(s) 30 Order to set hearing) filed by Intervenor RPD Holdings, LLC, Plaintiff Tech Pharmacy Services, LLC (Rukavina, Davor) |
| | 46 (7 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)44 Stipulation and Agreed Order granting motion to dismiss parties without prejudice. Ascribe Rx Services of Texas, LLC; Ascribe Rx Services, LLC; Ascribe Rx Technologies, LLC; Reef R. Gillum; OnSiteRx of Texas, LLC; Ascribe Rx Holdings, LLC and Ascribe Rx Management, LLC Terminated (related document |

| 08/21/2016 | 43) Entered on 8/19/2016.) No. of Notices: 3. Notice Date 08/21/2016. (Admin.) |
|---|---|
| 08/23/2016 | 47 (2 pgs) Agreed Order granting 45 Motion to extend time for discovery cutoff. Entered on 8/23/2016. (Zisk, B) |
| 08/25/2016 | 48 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)47 Agreed Order granting 45 Motion to extend time for discovery cutoff. Entered on 8/23/2016.) No. of Notices: 2. Notice Date 08/25/2016. (Admin.) |
| 08/26/2016 | 49 (3 pgs) Motion to deposit funds into court registry filed by Intervenor RPD Holdings, LLC (Berghman, Thomas) |
| 09/07/2016 | 50 (2 pgs) Notice of hearing filed by Intervenor RPD Holdings, LLC (RE: related document(s)49 Motion to deposit funds into court registry filed by Intervenor RPD Holdings, LLC). Hearing to be held on 10/5/2016 at 01:15 PM Dallas Judge Houser Ctrm for 49, (Berghman, Thomas) |
| 09/07/2016 | 51 (9 pgs; 2 docs) Motion for protective order - *Joint Motion for Protective Order* filed by Intervenor RPD Holdings, LLC, Plaintiff Tech Pharm Services, Inc. (Attachments: # 1 Exhibit A - Agreed Protective Order) (Berghman, Thomas) |
| 09/12/2016 | 52 (7 pgs) Motion to continue hearing on (related documents Hearing held, 31 BNC certificate of mailing - PDF document)*Motion to Continue Trial Setting* filed by Plaintiff Tech Pharmacy Services, LLC (Warner, Michael) |
| 09/12/2016 | 53 (5 pgs; 2 docs) Motion for expedited hearing(related documents 52 Motion to continue) *re Motion to Continue Trial Setting* filed by Plaintiff Tech Pharmacy Services, LLC (Attachments: # 1 Proposed Order) (Warner, Michael) |
| 09/15/2016 | 54 (6 pgs) Agreed Protective Order (related document # 51). Entered on 9/15/2016. (Moroles, D.) |
| 09/17/2016 | 55 (7 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)54 Agreed Protective Order (related document 51). Entered on 9/15/2016. (Moroles, D.)) No. of Notices: 5. Notice Date 09/17/2016. (Admin.) |
| 09/19/2016 | 56 (3 pgs) Order granting motion to continue hearing on (related document # 52) (related documents Complaint) Trial Docket Call date set for 12/5/2016 at 01:15 PM at Dallas Judge Houser Ctrm. Entered on 9/19/2016. (Blanco, J.) |
| 09/19/2016 | 57 (17 pgs) Objection to (related document(s): 49 Motion to deposit funds into court registry filed by Intervenor RPD Holdings, LLC) filed by Plaintiff Tech Pharmacy Services, LLC. (Warner, Michael) |
| | 58 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)56 Order granting motion to continue hearing on (related document 52) (related documents Complaint) Trial Docket Call date set for 12/5/2016 at 01:15 PM at |

| 09/21/2016 | Dallas Judge Houser Ctrm. Entered on 9/19/2016. (Blanco, J.)) No. of Notices: 3. Notice Date 09/21/2016. (Admin.) |
| --- | --- |
| 10/03/2016 | 59 (3 pgs) Agreed Order granting motion to deposit funds into court registry (related document # 49) Entered on 10/3/2016. (Whitaker, Sheniqua) |
| 10/05/2016 | 60 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)59 Agreed Order granting motion to deposit funds into court registry (related document 49) Entered on 10/3/2016.) No. of Notices: 1. Notice Date 10/05/2016. (Admin.) |
| 10/17/2016 | Receipt of Registry Funds - $24000.00 by MM. Receipt Number 335575. (admin) |
| 10/18/2016 | (private) Flags set-reset. Flags set: FUNDS (RE: related document(s)59 Agreed Order granting motion to deposit funds into court registry (related document 49) Entered on 10/3/2016.) (Castillo, Tonya) |
| 10/19/2016 | 61 (12 pgs) Notice *of Subpoenas on Reef Gillum Pursuant to Fed. R. Civ. P. 45* filed by Plaintiff Tech Pharmacy Services, LLC. (Warner, Michael) |
| 10/25/2016 | 62 (14 pgs) Motion for sanctions Discovery Sanctions against Tech Pharmacy Solutions, LLC filed by Intervenor RPD Holdings, LLC (Rukavina, Davor) |
| 10/25/2016 | 63 (91 pgs) Support/supplemental document *Appendix in Support* filed by Intervenor RPD Holdings, LLC (RE: related document(s)62 Motion for sanctions Discovery Sanctions against Tech Pharmacy Solutions, LLC). (Rukavina, Davor) |
| 10/26/2016 | 64 (2 pgs) Notice of Trial Docket Call hearing filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Trial Docket Call date set for 1/3/2017 at 01:15 PM at Dallas Judge Houser Ctrm. (Berghman, Thomas) |
| 10/26/2016 | 65 (88 pgs; 3 docs) Motion to compel re: discovery Motion to Compel RPD Holdings, LLC to Respond to Plaintiff's Requests for Production of Documents filed by Plaintiff Tech Pharmacy Services, LLC (Attachments: # 1 Exhibit A - F # 2 Proposed Order) (Warner, Michael) |
| 10/31/2016 | 66 (2 pgs) Notice of hearing filed by Plaintiff Tech Pharmacy Services, LLC (RE: related document(s)65 Motion to compel re: discovery filed by Plaintiff Tech Pharmacy Services, LLC). Hearing to be held on 11/28/2016 at 09:00 AM Dallas Judge Houser Ctrm for 65, (Warner, Michael) |
| | 67 (2 pgs) *** INCORRECT ENTRY. WRONG CASE *** Notice of hearing filed by Intervenor RPD Holdings, LLC (RE: related document(s)62 Motion for sanctions filed by Intervenor RPD Holdings, LLC). Hearing to be held on 11/28/2016 at 09:00 AM Dallas Judge Houser Ctrm for 62, (Rukavina, Davor) |

| | |
|---|---|
| 11/14/2016 | Modified TEXT on 11/14/2016 (Whittington, Nicole). |
| 11/14/2016 | ⦿ 68  (2 pgs) Notice of hearing filed by Intervenor RPD Holdings, LLC (RE: related document(s)62 Motion for sanctions filed by Intervenor RPD Holdings, LLC). Hearing to be held on 11/28/2016 at 09:00 AM Dallas Judge Houser Ctrm for 62, (Rukavina, Davor) |
| 11/18/2016 | ⦿ 69  (121 pgs; 2 docs) Objection to (related document(s): 62 Motion for sanctions Discovery Sanctions against Tech Pharmacy Solutions, LLC filed by Intervenor RPD Holdings, LLC)*Objection Of Tech Pharmacy Services, LLC To RPD Holdings, LLCs Motion For Sanctions And To Compel Discovery* filed by Plaintiff Tech Pharmacy Services, LLC. (Attachments: # 1 Exhibit A - H) (Warner, Michael) |
| 11/21/2016 | ⦿ 70  (20 pgs) Objection to (related document(s): 65 Motion to compel re: discovery Motion to Compel RPD Holdings, LLC to Respond to Plaintiff's Requests for Production of Documents filed by Plaintiff Tech Pharmacy Services, LLC) filed by Intervenor RPD Holdings, LLC. (Berghman, Thomas) |
| 11/21/2016 | ⦿ 71  (442 pgs; 2 docs) Support/supplemental document *Appendix in Support of RPD Holdings, LLC's Objection to Tech Pharm's Motion to Compel (Part I)* filed by Intervenor RPD Holdings, LLC (RE: related document(s)70 Objection). (Attachments: # 1 Appendix (Part II)) (Berghman, Thomas) |
| 11/28/2016 | ⦿  Hearing held on 11/28/2016. (RE: related document(s)62 Motion for sanctions Discovery Sanctions against Tech Pharmacy Solutions, LLC filed by Intervenor RPD Holdings, LLC, 65 Motion to compel re: discovery Motion to Compel RPD Holdings, LLC to Respond to Plaintiff's Requests for Production of Documents filed by Plaintiff Tech Pharmacy Services, LLC.) (RESOLVED AS STATED ON THE RECORD. ORDER TO BE SUBMITTED. ISSUE REGARDING PRIVILEGE LOG UNDER ADVISEMENT.) (Whittington, Nicole) (Entered: 11/30/2016) |
| 11/29/2016 | ⦿  Hearing held on 12/29/2016. (RE: related document(s)65 Motion to compel re: discovery Motion to Compel RPD Holdings, LLC to Respond to Plaintiff's Requests for Production of Documents filed by Plaintiff Tech Pharmacy Services, LLC.) (RULING ANNOUNCED ON THE RECORD.) (Whittington, Nicole) (Entered: 12/01/2016) |
| 12/01/2016 | ⦿ 72  (1 pg) Request for transcript regarding a hearing held on 11/28/2016. The requested turn-around time is 7-day expedited (Whittington, Nicole) |
| | 🔒 ⦿ 73  (101 pgs) Transcript regarding Hearing Held 11/28/16 RE: Motion to Compel. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 03/6/2017. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the |

| | |
|---|---|
| 12/06/2016 | official court transcriber. Court Reporter/Transcriber J&J Court Transcribers, Telephone number 609-586-2311. (RE: related document(s) Hearing held on 11/28/2016. (RE: related document(s)62 Motion for sanctions Discovery Sanctions against Tech Pharmacy Solutions, LLC filed by Intervenor RPD Holdings, LLC, 65 Motion to compel re: discovery Motion to Compel RPD Holdings, LLC to Respond to Plaintiff's Requests for Production of Documents filed by Plaintiff Tech Pharmacy Services, LLC.) (RESOLVED AS STATED ON THE RECORD. ORDER TO BE SUBMITTED. ISSUE REGARDING PRIVILEGE LOG UNDER ADVISEMENT.)). Transcript to be made available to the public on 03/6/2017. (Bowen, James) |
| 12/14/2016 | 🔵 74  (3 pgs) Order granting motion for sanctions and to compel discovery (related document # 62) Entered on 12/14/2016. (Blanco, J.) |
| 12/16/2016 | 🔵 75  (4 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)74 Order granting motion for sanctions and to compel discovery (related document 62) Entered on 12/14/2016. (Blanco, J.)) No. of Notices: 2. Notice Date 12/16/2016. (Admin.) (Entered: 12/17/2016) |
| 12/23/2016 | 🔵 76  (4 pgs) Order on motion to compel re: discovery(related document # 65) Entered on 12/23/2016. (Mathews, M.) |
| 12/25/2016 | 🔵 77  (5 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)76 Order on motion to compel re: discovery(related document 65) Entered on 12/23/2016. (Mathews, M.)) No. of Notices: 3. Notice Date 12/25/2016. (Admin.) |
| 12/27/2016 | 🔵 78  (20 pgs) Proposed pre-trial order filed by Intervenor RPD Holdings, LLC, Plaintiff Tech Pharm Services, Inc.. (Rukavina, Davor) |
| 12/27/2016 | 🔵 79  (32 pgs) Proposed findings of fact and conclusions of law filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 12/27/2016 | 🔵 80  (4 pgs) Witness and Exhibit List - *RPD's Trial Witness & Exhibit List* filed by Intervenor RPD Holdings, LLC (RE: related document(s)1 Complaint). (Berghman, Thomas) |
| 12/27/2016 | 🔵 81  (19 pgs) Proposed findings of fact and conclusions of law filed by Plaintiff Tech Pharmacy Services, LLC (RE: related document(s)1 Complaint). (Warner, Michael) |
| 12/27/2016 | 🔵 82  (9 pgs) Witness and Exhibit List *of Tech Pharmacy Services, LLC for Trial to be Held Commencing January 11, 2017,* filed by Plaintiff Tech Pharmacy Services, LLC (RE: related document(s)1 Complaint). (Warner, Michael) |
| 12/27/2016 | 🔵 83  (34 pgs) Brief in opposition filed by Plaintiff Tech Pharmacy Services, LLC (RE: related document(s)41 Answer to complaint). (Warner, Michael) |

| | |
|---|---|
| 12/27/2016 | 84  (4 pgs) Amended Witness and Exhibit List filed by Intervenor RPD Holdings, LLC (RE: related document(s)80 List (witness/exhibit/generic)). (Berghman, Thomas) |
| 12/27/2016 | 85  (36 pgs) Brief in support filed by Intervenor RPD Holdings, LLC (RE: related document(s)79 Proposed findings of fact and conclusions of law). (Berghman, Thomas) |
| 12/29/2016 | 86  (21 pgs) Joint Pre-Trial order. Entered on 12/29/2016 (Whitaker, Sheniqua) |
| 12/31/2016 | 87  (22 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)86 Joint Pre-Trial order. Entered on 12/29/2016) No. of Notices: 4. Notice Date 12/31/2016. (Admin.) |
| 01/03/2017 | Trial Docket Call held on 1/3/2017. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 . filed by Plaintiff Tech Pharm Services, Inc.) (TRIAL TO BEGIN ON 9:00AM ON 1/11/17.) (Harden, D.) (Entered: 01/04/2017) |
| 01/03/2017 | 88 Trial set (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 . filed by Plaintiff Tech Pharm Services, Inc.) Trial date set for 1/11/2017 at 09:00 AM at Dallas Judge Houser Ctrm. (Harden, D.) (Entered: 01/04/2017) |
| 01/09/2017 | 89  (2 pgs) Stipulation by RPD Holdings, LLC, Tech Pharm Services, Inc., Tech Pharmacy Services, LLC and As between Tech Pharm Services, Inc. and RPD Holdings, LLC. filed by Intervenor RPD Holdings, LLC, Plaintiffs Tech Pharm Services, Inc., Tech Pharmacy Services, LLC (RE: related document(s) 88 Hearing set/continued). (Berghman, Thomas) |
| 01/09/2017 | Receipt of Registry Funds - $4000.00 by MM. Receipt Number 335792. (admin). Related document(s) 59 Order on motion to deposit funds into court registry. Modified to create linkage to order granting authority to deposit funds into the Registry of the Court on 1/10/2017 (Castillo, Tonya). |

| | |
|---|---|
| 01/11/2017 | 🔵 90  (3 pgs) Motion to appear pro hac vice for Nicholas J. Brannick. Fee Amount $25 filed by Plaintiffs Tech Pharm Services, Inc. (Warner, Michael) MODIFIED TEXT on 1/12/2017 (Brown, D.). |
| 01/11/2017 | Receipt of filing fee for Motion to Appear pro hac vice(15-03101-bjh) [motion,mprohac] ( 25.00). Receipt number 23176644, amount $ 25.00 (re: Doc# 90). (U.S. Treasury) |
| 01/11/2017 | 🔵 Trial held on 1/11/2017. (RE: related document(s)1 Adversary case 15-03101. Complaint by Tech Pharm Services, Inc. against Reef R. Gillum, ProvideRX of Waco, LLC, ProviderRx of San Antonio, LLC, ProviderRx of Midland, LLC, Pharmacy Technologies, Inc., OnSiteRx of Texas, LLC, Ascribe Rx Holdings, LLC, Ascribe Rx Services, LLC, Ascribe Rx Management, LLC, Ascribe Rx Technologies, LLC, Ascribe Rx Services of Texas, LLC, RPD Holdings, LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 01 (Determination of removed claim or cause). (Rukavina, Davor) MODIFIED text on 8/14/2015 . filed by Plaintiff Tech Pharm Services, Inc.) (HEARING HELD AND CONCLUDED; MATTER UNDER ADVISEMENT.) (Harden, D.) (Entered: 01/12/2017) |
| 01/12/2017 | 🔵 91  (1 pg) Order granting motion to appear pro hac vice adding Nicholas Brannick for Tech Pharm Services, Inc. (related document # 90) Entered on 1/12/2017. (Brown, D.) |
| 01/14/2017 | 🔵 92  (2 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)91 Order granting motion to appear pro hac vice adding Nicholas Brannick for Tech Pharm Services, Inc. (related document 90) Entered on 1/12/2017. (Brown, D.)) No. of Notices: 2. Notice Date 01/14/2017. (Admin.) (Entered: 01/15/2017) |
| 01/18/2017 | 🔵 93  (34 pgs) Findings of fact and conclusions of law following trial (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Entered on 1/18/2017 (Harden, D.) |
| 01/20/2017 | 🔵 94  (35 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)93 Findings of fact and conclusions of law following trial (RE: related document(s)1 Complaint filed by Plaintiff Tech Pharm Services, Inc.). Entered on 1/18/2017 (Harden, D.)) No. of Notices: 2. Notice Date 01/20/2017. (Admin.) |
| 01/31/2017 | 🔵 95  (6 pgs) Support/supplemental document *(Letter to Court Regarding Form of Proposed Judgment)* filed by Intervenor RPD Holdings, LLC (RE: related document(s)93 Findings of fact and conclusions of law). (Rukavina, Davor) |
| 02/03/2017 | 🔵 96  (4 pgs) Final Judgment. Entered on 2/3/2017 (Blanco, J.) |
| 02/05/2017 | 🔵 97  (5 pgs) BNC certificate of mailing - PDF document. (RE: related document (s)96 Final Judgment. Entered on 2/3/2017 (Blanco, J.)) No. of Notices: 1. Notice Date 02/05/2017. (Admin.) |
| | |

| 02/14/2017 | 98  (2 pgs) Notice of appeal . Fee Amount $298 filed by Intervenor RPD Holdings, LLC (RE: related document(s)96 Judgment). Appellant Designation due by 02/28/2017. (Rukavina, Davor) |
|---|---|
| 02/14/2017 | Receipt of filing fee for Notice of appeal(15-03101-bjh) [appeal,ntcapl] ( 298.00). Receipt number 23321561, amount $ 298.00 (re: Doc# 98). (U.S. Treasury) |

REFORM, CONVERTED, SealedDocument, EXHIBITS

# U.S. Bankruptcy Court
## Northern District of Texas (Dallas)
## Bankruptcy Petition #: 13-30678-bjh7
### Internal Use Only

|  |  |
|---|---|
| *Assigned to:* Barbara J. Houser | *Date filed:* 02/06/2013 |
| Chapter 7 | *Date converted:* 09/04/2013 |
| Previous chapter 11 | *341 meeting:* 12/16/2013 |
| Original chapter 11 | *Deadline for filing claims:* 03/17/2014 |
| Voluntary |  |
| Asset |  |

*Debtor*
**Provider Meds, LP**
PO Box 2176
Forney, TX 75126
KAUFMAN-TX
Tax ID / EIN: 26-0730207

represented by **Kevin S. Wiley, Jr.**
The Wiley Law Group, PLLC
325 North St Paul Street
Suite 4400
Dallas, TX 75201
(469) 619-5721
Fax : (469) 619-5725
Email: kevinwiley@lkswjr.com

*Trustee*
**Diane G. Reed**
501 N. College Street
Waxahachie, TX 75165
(972) 938-7334

represented by **John S. Brannon**
Bailey & Galyen
1901 Airport Freeway
Bedford, TX 76021
817-868-5500
Fax : 817-545-6386
Email: kkershner@galyen.com

**David W. Elmquist**
Reed & Elmquist, P.C.
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
Fax : (972) 923-0430
Email: delmquist@bcylawyers.com

**Diane G. Reed**
501 N. College Street
Waxahachie, TX 75165
(972) 938-7334
Fax : (972) 923-0430
Email: dgrtrustee@bcylawyers.com

*U.S. Trustee*

represented by **Meredyth Kippes**

**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75242
214-767-8967

United States Trustee
1100 Commerce St. Rm. 976
Dallas, TX 75242
(214) 767-1079
Fax : (214) 767-8971
Email: meredyth.a.kippes@usdoj.gov